FRED MACE V. THE STATE.

No. 15870.   Delivered April 19, 1933.
Reported in 59 S. W. (2d) 394.

The opinion states the case.

· *L. D. Johnston*, of Waxahachie, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for burglary; punishment, ten years in the penitentiary.

We find in the record an affidavit made by the sheriff of Ellis county certifying that pending this appeal appellant made his escape from custody, and that he did not voluntarily return. Such escape deprives this court of further jurisdiction of the appeal, and it becomes our duty to dismiss such appeal, and it is accordingly so done.

*Dismissed.*